IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARREN EASLEY,** : | **CIVIL ACTION** |
| **Plaintiff** : | |
| : | |
| v. : | **NO. 23-cv-1718** |
| : | |
| **JOHN WETZEL, et. al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

**AND NOW,** this 24th day of July, 2024, upon consideration of the Motion of Defendants Saeed Bazel, M.D., Jason Goldberg, D.O., Carol Annino, D.O., Joseph Walsh, P.A., and Jeanna DeFrangresco, C.R.N.P. to Dismiss Plaintiff's Complaint, or in the Alternative, for Summary Judgment (ECF No. 25), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART**, Plaintiff Warren Easley's claims against Defendants Bazel, Annino, Walsh and DeFrangresco are **DISMISSED with prejudice** for the reasons set forth in the accompanying Memorandum Opinion.  In all other respects, the Motion is **DENIED**, and Defendant Goldberg is **DIRECTED** to file an Answer to the Plaintiff's Complaint within the time prescribed in Fed. R. Civ. P. 12(a)(4)(A).

                                                  **BY THE COURT:**

                                                  */s/  Mitchell S. Goldberg*

                                                  **Mitchell S. Goldberg,     J.**