THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARREN EASLEY**<br><br>v.<br><br>**JOHN WETZEL,** *et al.* | **CIVIL ACTION**<br><br>**No. 23-1718** |

## ORDER

**AND NOW**, this 30th day of March, 2026, upon consideration of the Commonwealth Defendants' motion for summary judgment and the opposition thereto, it is hereby **ORDERED**:

1. The motion for summary judgment (ECF 96) is **GRANTED IN PART** and **DENIED IN PART**. In particular,

    a. The motion is **GRANTED** as to the counts of excessive force relating to non-physical interactions.

    b. The motion is otherwise **DENIED**, including as to the theories of excessive force involving physical force; failures to protect; conditions of confinement relating to each of the five incidents on which defendants moved; and conditions and due process relating to Easley's placement on the Restricted Release List.

2. A further order will set a date for trial and a final pretrial conference.

3. This case was previously referred to Judge Arteaga for a settlement conference. The parties are directed to contact Judge Arteaga's chambers to arrange a conference.

**BY THE COURT**:

s/ Catherine Henry
_____
**CATHERINE HENRY, J.**